UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARNELL J. PARKER,<br><br>Plaintiff,<br><br>v.<br><br>JANET L. YELLEN,<br>Secretary, of Treasury,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-2344 (RDM)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please enter the appearance of Assistant United States Attorney Brian J. Levy as counsel for Defendant in the above-captioned case substituting for Deputy Chief, Civil Division, Peter C. Pfaffenroth, whose appearance should be withdrawn.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Brian J. Levy
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Counsel for the United States of America*