UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARNELL J. PARKER<br><br>*Plaintiff*,<br>v.<br><br>SCOTT BESSENT, Secretary of the Treasury<br><br>*Defendant*. | No. 22-cv-2344-MAU |

## ORDER

Upon consideration of Defendant Scott Bessent's Motion for Judgment on the Pleadings, or in the Alternative, Summary Judgment (ECF No. 37), Plaintiff Darnell J. Parker's Opposition thereto (ECF No. 39), Defendant's Reply (ECF No. 40), Plaintiff's Supplemental Memorandum (ECF No. 43), and accompanying attachments, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 37, is **GRANTED**; and it is,

**FURTHER ORDERED** that judgment is entered in Defendant's favor and against Plaintiff; and it is,

**FURTHER ORDERED** that Defendant's Motion for Judgment on the Pleadings, ECF No. 37, is **DENIED AS MOOT.**

The Clerk of the Court is respectfully requested to close this case.

**SO ORDERED.**

Date:  March 28, 2025

_____<br>
MOXILA A. UPADHYAYA<br>
UNITED STATES MAGISTRATE JUDGE